R. Sam Hopkins, Chapter 7 Trustee
ECF email: ID07@ecfcbis.com
Correspondence email: samhopkins@qwestoffice.net
P.O. Box 3014
Pocatello, ID 83206-3014
Telephone: (208) 478-7978
FAX: (208) 478-7976

U.S. COURTS
OCT 23 2009
Rcvd____ Filed____ Time 4:02 pm
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

FEE PAID
RCPT # 452253

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | )
**RONALD EUGENE BAKER** | ) CASE NO. 06-40501-JDP
**PATRICIA ANN BAKER** | ) CHAPTER 7
Debtor(s) | ) |

## TURNOVER OF FUNDS TO CLERK

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the Trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

The following funds represent disbursement to creditors which were not Claimed within ninety (90) days and are therefore paid to the Court pursuant to 11 U.S.C. Section 347(a).

| NAME & ADDRESS OF CREDITOR | CHECK # | DATED | AMOUNT | CLAIM# |
|---|---|---|---|---|
| Blue Cross of Idaho
P.O. Box 7408
Boise, ID 83707 | 110 | 6/26/09 | $2421.16 | 12 |

Dated this Tuesday, October 20, 2009.

/s/ R. Sam Hopkins
R. Sam Hopkins, Trustee